UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EMPIRE COMMUNITY DEVELOPMENT, LLC,

                     Plaintiff,                             JUDGMENT
     v.                                                       22-cv-2230 (KAM)(MMH)

MYRA CLARKE, JONATHAN FRANCIS,
NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD, NEW YORK CITY TRANSIT
ADJUDICATION BUREAU, CRIMINAL
COURT OF THE CITY OF NEW YORK,

                     Defendants.
----------------------------------------------------------------X

      A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on February 29, 2024, granting Plaintiff's motion; awarding Plaintiff damages consisting of: (1) $ 105,450.41 for the principal balance owed by Defendant pursuant to the Loan entered into by and between the Mortgagor Defendants and Plaintiff's predecessor-in-interest; (2) $90,056.28 accrued interest from the date interest is owed (i.e., June 1, 2016) through February 1, 2024; (3) per diem, pre-judgment interest of $32.14, starting from February 1, 2024, until the date on which judgment is entered; (4) post-judgment interest at the statutory rate under 28 U.S.C. § 1961(a) from the date judgment is entered until the date the judgment is satisfied; and the Clerk of Court having calculated the pre-judgment interest at the rate set forth above, and the interest being $1,124.90; it is

      ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted; and that Plaintiff is awarded a total amount of $ 195,506.69 plus post-judgment interest at the statutory rate under 28 U.S.C. § 1961(a) from the date judgment is entered until the date the judgment is satisfied.

Dated: Brooklyn, New York  
March 7, 2024

Brenna B. Mahoney  
Clerk of Court

By: /s/Jalitza Poveda  
Deputy Clerk